Tom ROTELLO, et ux., et al.,
Appellants,

v.

BRAZOS COUNTY WATER CONTROL
& IMPROVEMENT DISTRICT
NO. 1, Appellee.

No. B2125.

Court of Civil Appeals of Texas,
Houston (14th Dist.).

April 16, 1980.

Rehearing Denied May 14, 1980.

Robert L. Burns, Sears & Burns, Houston, Bill M. Payne, Bryan, for appellants.

Karl C. Hoppess, Warren G. King, Houston, for appellee.

Before COULSON, SALAZAR and JUNELL, JJ.

JUNELL, Justice.

This case involves nearly identical facts, and the same proceedings and issues as its companion case, *Salvaggio v. Brazos County Water Control & Improvement District No. 1,* 598 S.W.2d 663 (Tex.Civ.App.-Houston [14th Dist.], 1980). For the same reasons that *Salvaggio* was reversed, the writ of error in this case is granted, the order of dismissal is reversed and remanded with instructions to the trial court to grant a hearing on appellants' claim for fees and expenses.